**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re:                                                                          Chapter 11

SECOND PHOENIX HOLDING LLC, *et al.*,

                                              Case No. 18-10009 (MG)
                        Debtors,      Case No. 18-10010 (MG)
                                              Case No. 18-10011 (MG)
                                              (Jointly Administered)

---------------------------------------------------------x

**ORDER EXTENDING TIME FOR FILING BALANCE SHEETS, 30 DAY BUDGETS**
**AND STATEMENTS OF FINANCIAL AFFAIRS**

      Upon the application dated January 15, 2018 (the "Application") of Second Phoenix Holding LLP ("Second Phoenix"), Harlem Phoenix Realty Corp. ("Harlem Phoenix"), and Kshel Realty Corp. ("Kshel"), the debtors and debtors in possession herein (collectively, the "Debtors"), for an order extending the date by which Debtors must file their respective balance sheets and 30 day budgets and their respective Statements of Financial Affairs, through, to and including February 2, 2018, by their attorneys, Marc Stuart Goldberg, LLC; and the Court being satisfied that cause exists for the granting of the Application and the entry of this Order; and initial case conferences being scheduled for January 30, 2018 at 10:00 a.m.; and due and proper notice of the Application having been provided; and upon all proceedings before this Court, it is hereby

      **ORDERED**, that the Application be, and the same hereby is granted; and it is further

[*Remainder of page intentionally left blank*]

**ORDERED**, that the Debtors' time to file their respective balance sheets and 30 day budgets and their respective Statements of Financial Affairs Schedule of Assets and Liabilities and Statement of Financial Affairs is extended until 12:00 noon, January 29, 2018.

**IT IS SO ORDERED.**

Dated:  January 16, 2018
        New York, New York

                                                    ____/s/ Martin Glenn_____
                                                    MARTIN GLENN
                                                    United States Bankruptcy Judge