**MARC STUART GOLDBERG, LLC**
A LIMITED LIABILITY COMPANY
Attorney at Law and Mediator
670 White Plains Road
Suite 121
Scarsdale, New York 10583
Tel: 914-725-8200
Fax: 914-725-7724

MARC STUART GOLDBERG
mgoldberg@msglegal.com

February 16, 2018

To:   Parties in Interest in Second Phoenix Holding LLC, Harlem Phoenix Realty Corp., and Kshel Realty Corp., 18-10009, Jointly Administered

The Initial Case Conference in the above referenced matters that was first conducted on January 30, 2018, has been adjourned to April 30, 2018, at 10:00 o'clock a.m., before the Hon. Martin Glenn, United States Bankruptcy Judge, in Courtroom 523, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Sincerely yours,
/s/ Marc Stuart Goldberg
Marc Stuart Goldberg

MSG: rd