Douglas J. Pick
Eric C. Zabicki
**PICK & ZABICKI LLP**
*Counsel to Appellant Second Phoenix Holding LLC*
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | S.D.N.Y. Bankr. Case No. 18-10009 (MG) |
| SECOND PHOENIX HOLDING LLC, | |
| Debtor. | |
| SECOND PHOENIX HOLDING LLC, | Civil Action No. 18-cv-8832 (DLC) |
| Appellant, | |
| -v- | |
| WILLIAM K. HARRINGTON, INTERNAL REVENUE SERVICE, DEBORAH J. PIAZZA, EVAN BLUM, 212 EAST 125TH STREET LLC, STATION COMPANY DB LLC, | |
| Appellees. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2018

### NOTICE OF WITHDRAWAL OF APPEAL

**PLEASE TAKE NOTICE**, that appellant Second Phoenix Holding LLC (the "Appellant"), by its undersigned counsel Pick & Zabicki LLP, hereby withdraws its appeal from that certain Order Denying Disclosure Statement and Plan Confirmation and Directing Appointment of Chapter 11 Trustee, dated September 21, 2018, entered by this Court, Bankruptcy Judge Martin Glenn presiding.

So ordered.

*/s/ Denise Cote*
10/19/18

Dated: New York, New York
October 16, 2018

PICK & ZABICKI LLP
Counsel to Appellant Second Phoenix Holding LLC

By: _____
Douglas J. Pick, Esq.
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

TO: Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014
Attn: Brian S. Masumoto, Esq.

Geoffrey S. Berman
United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Attn: Emily Bretz, Esq.

Tarter Krinsky & Drogin LLP
1350 Broadway, 11th Floor
New York, New York 10018
Attn: Scott S. Markowitz, Esq.

Shafferman & Feldman LLP
137 Fifth Avenue, 9th Floor
New York, New York 10010
Attn: Joel Shafferman, Esq.

Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Attn: Brian Powers, Esq.

Sylvor, Richman & Sorin, LLP
99 Madison Avenue, Suite 510
New York, New York 10016
Attn: Boris Sorin, Esq.