Michael L. Moskowitz (mlm@weltmosk.com)
Adrienne Woods (aw@weltmosk.com)
**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for Avison Young – New York LLC*
270 Madison Avenue, Suite 1400
New York, New York 10016
(212) 684-7800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SECOND PHOENIX HOLDING LLC, *et al*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10009 (MG)<br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned has appeared as counsel for Avison Young – New York LLC, in the above-referenced bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that Weltman & Moskowitz, LLP now withdraws its appearance.

**PLEASE TAKE FURTHER NOTICE** that Weltman & Moskowitz, LLP requests it be removed from the service list in this case, the mailing matrix, and the Court's electronic notice system in this matter.

Dated:   New York, New York
         November 29, 2018

                                        **WELTMAN & MOSKOWITZ, LLP**
                                        *Attorneys for Avison Young – New York LLC*

By: /s/ Michael L. Moskowitz
      **MICHAEL L. MOSKOWITZ**
270 Madison Avenue, Suite 1400
New York, New York 10016
(212) 684-7800