UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :
                                                             :    Chapter 11
                                                             :
SECOND PHOENIX HOLDING LLC, et. al.,                         :
                                                             :    Case No.: 18-10009 (MG)
                                            Debtors.[1]      :    (Jointly Administered)
------------------------------------------------------------ x

**ORDER, PURSUANT TO FED. R. BANKR. P. 2004, AUTHORIZING THE TRUSTEE TO ISSUE SUBPOENA DIRECTING PRODUCTION OF DOCUMENTS FROM BANK OF AMERICA, N.A. AND TD BANK, N.A.**

Upon the motion dated November 30, 2018 (the "Motion") of Deborah J. Piazza, the Chapter 11 Trustee (the "Trustee") appointed in the above-captioned cases, for entry of an order, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Rules"), directing Bank of America, N.A. ("Bank of America") and TD Bank, N.A. ("TD Bank", together with Bank of America, the "Banks") to produce the Requested Information[2]; and no further notice of the relief requested herein need be provided, and the Court having considered the Motion, and for good cause shown, it is hereby:

**ORDERED** that the Trustee is authorized to issue a subpoena requesting production of the Requested Information from Bank of America and TD Bank, without prejudice to the rights of the Bank of America and TD Bank to object; and it is further

**ORDERED** that Bank of America and TD Bank shall produce the Requested Information, as set forth in a subpoena, to counsel for the Trustee on or before the date that is set forth in the subpoena; and it is further

---

[1] The Debtors in these cases are (i) Second Phoenix Holding LLC ("Second Phoenix") (Case No. 18-10009), (ii) Harlem Phoenix Realty Corp. ("Harlem") (Case No. 18-10010), and (iii) Kshel Realty Corp. ("Kshel") (Case No. 18-10011).

[2] Capitalized terms not otherwise defined in this order, shall have the meaning ascribed to such terms in the Motion.

**ORDERED** that the Trustee is authorized to serve a subpoena on Bank of America and TD Bank by causing a copy of the subpoena and a copy of this order to be sent by Federal Express overnight mail to Bank of America and TD Bank.

**IT IS SO ORDERED.**

Dated:  December 11, 2018
        New York, New York

                                        **_/s/ Martin Glenn_**
                                        MARTIN GLENN
                                  United States Bankruptcy Judge