UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
In re:                                                            :   Chapter 7
                                                                  :
SECOND PHOENIX HOLDING, LLC                                       :   Case No.: 18-10009 (MG)
                                                                  :
                              Debtor.                             :
------------------------------------------------------------------- x

### CHAPTER 11 TRUSTEE'S REPORT OF SALE WITH RESPECT TO 14 SECOND AVENUE, NEW YORK, N.Y. (BLOCK 442, LOT 6)

Deborah J. Piazza, of full age, hereby declares as follows:

1.  I am the Chapter 11 trustee in the above-referenced estate.

2.  On September 21, 2018, the Court entered an order (the "Sale Order") [Dkt. No. 140] approving a motion (the "Motion") seeking authority to approve the sale of the Debtor's real property known as and located at 14 Second Avenue, N.Y., N.Y. (the "Property") to Station 14 2nd Avenue, LLC (the "Purchaser"), free and clear of all liens, claims, and encumbrances in accordance with that certain sale agreement dated July 25, 2018 (together with the related sale documents, the "Contract"). The Contract required a payment of $7 million by the Purchaser.

3.  The closing on the sale of the Property took place on October 24, 2018. At the closing, I received a total amount of $7,009,958.77. This amount reflects customary closing adjustments primarily with respect to real estate taxes.

4.  On the same day of the closing, I caused $7,000,000.00 to be wired to SKW East VH, LLC in partial satisfaction of the secured claim which was secured by the Property as well as another property owned by the Debtor.

{Client/085066/1/01711976.DOC;1 }                    1

5. I submit this report of sale to technically comply with Bankruptcy Rule 6004(f) which requires a statement of the property that was sold, the name of the purchaser, and the price received for the property that was sold.

Dated: New York, New York
December 13, 2018

/s/ Deborah J. Piazza
DEBORAH J. PIAZZA